IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEVERLY R. KRUSE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3244 |
| | ) | |
| v. | ) | |
| | ) | |
| PEGLER-SYSCO FOOD SERVICES | ) | ORDER |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by November 03, 2005, file their Report of Parties' Planning Conference.

DATED October 17, 2005.

_/s/_  David L. Piester
United States Magistrate Judge