IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BEVERLY R. KRUSE,                        )
                                         )
                Plaintiff,               )          4:05CV3244
                                         )
        v.                               )
                                         )
PEGLER-SYSCO FOOD SERVICES               )              ORDER
COMPANY,                                 )
                                         )
                Defendant.               )
_____  )


        IT IS ORDERED:

        Plaintiff's unopposed oral motion for continuance is granted
and the Rule 26 telephone planning conference is continued from
February 13 to February 14, 2006 at 2:00 p.m.  Plaintiff's
counsel shall initiate the call.

        DATED this 9th day of February, 2006.

                                BY THE COURT:


                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge