```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BEVERLY R. KRUSE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3244 |
| | ) | |
| v. | ) | |
| | ) | |
| PEGLER-SYSCO FOOD SERVICES COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The court has been notified that this case did not settle at the scheduled mediation. Accordingly,

IT IS ORDERED,

1. This case is reinstated to the active calendar and jury trial is set for 9:00 a.m., September 25, 2006 for a duration of four trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held August 29, 2006 at 10:00 a.m. before the undersigned.

3. The deposition deadline is set for August 14, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 12th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge