```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BEVERLY R. KRUSE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3244 |
| | ) | |
| v. | ) | |
| | ) | |
| PEGLER-SYSCO FOOD SERVICES COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to amend progression order deadlines, filing 26, is granted and,

1. This trial is continued to 9:00 a.m., October 16, 2006 for a duration of four trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as <u>Northern Natural Gas v. TEKsystems</u>, 8:05cv316. Jury selection will be held at commencement of trial.

2. The pretrial conference is continued to September 29, 2006 at 9:00 a.m. before the undersigned.

3. The deposition deadline is set for September 15, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 18th day of July, 2006.

                                            BY THE COURT:

                                            s/ *David L. Piester*
                                            David L. Piester
                                            United States Magistrate Judge