IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEVERLY R. KRUSE, | ) | 4:05CV3244 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PEGLER-SYSCO FOOD SERVICES COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

The court having been advised of a settlement,

IT IS ORDERED that Defendants' motion in limine (filing 49) is denied without prejudice.

October 10, 2006.               BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge